**JOHN C. JOHNSON v. DELORES E. JOHNSON, also known as Delores E. Simpson.**

22 So. (2nd) 507           June Term, 1945
June 19, 1945           Division B
Rehearing denied July 10, 1945

*Cushman & Woodward, Keen, Allen & O'Kelley* and *J. Velma Keen* for appellant.

*J. F. Gordon* and *Leonard G. Egert,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

ON PETITION FOR REHEARING

PER CURIAM:

Affirmed with directions to the chancellor to provide, under such conditions and restrictions as he shall fix, for visits between the father, appellant, and the child of the parties.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS and SEBRING, JJ., concur.